**LOMURRO, MUNSON, LLC**
**Eric H. Lubin, Esq. ID #: 012442007**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
*Attorneys for Defendants Scalable Commerce, LLC and National Data Analytics, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 2:24-cv-04160<br><br>[Previously pending in the Superior Court of New Jersey, Law Division, Bergen County, BER-L-771-24] |

**DIVERSITY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendants Scalable Commerce, LLC, and National Data Analytics, LLC, hereby state they are California Limited Liability Companies with principal places of business in California.

1

Both Defendants Scalable Commerce, LLC, and National Data Analytics, LLC, are each wholly owned by individual Randall Kopf, a citizen of California.

Pursuant to 28 U.S.C. 1746 and Fed R. Civ. P. 11, I certify that the foregoing is true and accurate.

                                  Respectfully submitted,

                                  LOMURRO, MUNSON, LLC
                                  Attorneys for Defendants
                                  Scalable Commerce, LLC, and
                                  National Data Analytics, LLC

                                By:    *s/Eric H. Lubin, Esq.*
                                          Eric H. Lubin, Esq.

Dated:  March 26, 2024