**LOMURRO, MUNSON, LLC**
**Eric H. Lubin, Esq. ID #: 012442007**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
***Attorneys for Defendants Scalable Commerce, LLC, and National Data Analytics, LLC***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN, Plaintiffs, vs. SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, Defendants. | Civil Action No. 2:24-cv-04160 <br><br> **L.CIV.R.6.1(b) CLERK'S EXTENSION** |

Pursuant to Local Civil Rule 6.1(b), Defendants Scalable Commerce, LLC and National Data Analytics ("Defendants"), hereby applies for a Clerk's Order extending the time within which it may answer, move, or otherwise reply to the Complaint filed by Plaintiffs by fourteen (14) days and represent that:

1.  No previous extension has been obtained in this removed

1

matter;

2. This case was timely removed from the Superior Court of New Jersey, Bergen County on March 25, 2024 (ECF No. 1); and

3. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' time to answer, move, or otherwise respond to the Complaint expires on April 1, 2024.

4. If granted, Defendants' deadline to file a responsive pleading will now be April 15, 2024.

        Respectfully submitted,
        LOMURRO, MUNSON, LLC
        Attorneys for Defendants
        Scalable Commerce, LLC and
        National Data Analytics

        By:   *s/Eric H. Lubin, Esq.*
               Eric H. Lubin, Esq.

Dated: March 28, 2024

**LOMURRO, MUNSON, LLC**
**Eric H. Lubin, Esq. ID #: 012442007**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
***Attorneys for Defendants Scalable Commerce, LLC, and National Data Analytics, LLC***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 2:24-cv-04160<br><br>**PROPOSED ORDER** |

The Application of Defendants Scalable Commerce, LLC and National Data Analytics ("Defendants") for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint is GRANTED. The new time to answer, move or otherwise respond to the Complaint is extended by fourteen (14) days up to and including April 15, 2024.

ORDER WILLIAM T. WALSH, Clerk By: _____

Deputy Clerk

3

4