**LOMURRO, MUNSON, LLC**
**Andrew Broome, Esq. ID #: 381142021**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
***Attorneys for Defendants Scalable Commerce, LLC and National Data Analytics, LLC***

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN, | Civil Action No.: 2:24-cv-04160 |
| Plaintiffs, | |
| vs. | [Previously pending in the Superior Court of New Jersey, Law Division, Bergen County, BER-L-771-24] |
| SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, | **NOTICE OF APPEARNCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned, Andrew Broome of Lomurro Munson, LLC, hereby appears on behalf of Defendant Scalable Commerce, LLC, and Defendant National Data Analytics, LLC. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel,

1

be transmitted to him at the address given below.


Dated: April 4, 2024

                                   Respectfully submitted,

                                   LOMURRO, MUNSON, LLC
                                   Attorneys for Defendants
                                   Scalable Commerce, LLC, and
                                   National Data Analytics, LLC

                                   By:  */s/Andrew Broome, Esq.*
                                        Andrew Broome, Esq

                                      Andrew Broome, Esq
                                      abroome@lomurrolaw.com
                                      NJ Atty ID: 381142021
                                      Monmouth Executive Center
                                      4 Paragon Way, Suite 100
                                      Freehold, New Jersey 07728
                                      (732) 414-0300