UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                              **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**  CV 24-4160 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
          v.
SCALABLE COMMERCE, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:12 AM                    Time Adjourned: 3:14 PM

Total:  2 minutes

                                            s/ *David Bruey*
                                            **DEPUTY CLERK**