

4 Paragon Way • Suite 100
Freehold NJ • 07728
(732) 414-0300 • Fax (732) 431-4043

WWW.LOMURROLAW.COM

**Eric H. Lubin**  elubin@lomurrolaw.com
Direct Dial (732) 414-0311

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

```
RE:  Atlas Data Privacy Corp. v. Civil Data Research, LLC
     Civil Action No.: 24-4143
RE:  Atlas Data Privacy Corp. V. Digital Safety Products, LLC,
     et al.
     Civil Action No: 24-4141
RE:  Atlas Data Privacy Corp v. Scalable Commerce, LLC, National
     Data Analytics, LLC, et al.
     Current Docket No.: CV 24-4160 (HB)
```

Dear Judge Bartle:

    I represent the Defendants in the above referenced matters. Please allow this letter to confirm Defendants in the above reference matters are joining the consolidated motion to dismiss filed today. Thank you.

Respectfully submitted,

/s/ Eric H. Lubin

ERIC H. LUBIN

EHL/kjs
Enclosures