UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| We Inform, LLC, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| Infomatics, LLC, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| The People Searchers, LLC, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| DM Group, Inc., et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| Deluxe Corporation, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| <u>Scalable Commerce, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| <u>Labels & Lists, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| <u>Accurate Append, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| <u>Zillow, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*    )<br>      v.      )<br>      )<br>Equimine, Inc., et. al.  )<br>    *Defendant*  )| Case No. 24-4261 |

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
      v.  )    Case No. 24-4292
      )
Melissa Data Corp., et. al.  )
    *Defendant*  )

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
      v.  )    Case No. 24-4324
      )
Restoration of America, et. al.  )
    *Defendant*  )

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
      v.  )    Case No. 24-4345
      )
i360, LLC, et. al.  )
    *Defendant*  )

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*  )
      v.  )    Case No. 24-4380
      )
GoHunt, LLC, et. al.  )
    *Defendant*  )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  <br> *Plaintiff*  )  <br>         v.  )  <br> )  <br> <u>Accuzip, Inc., et. al.</u>  )  <br> *Defendant*  ) | | Case No. 24-4383 |

<u>Atlas Data Privacy Corporation, et. al.</u>  )
      *Plaintiff*  )
          v.  )     Case No. 24-4385
)
<u>Synaptix Technology, LLC, et. al.</u>  )
      *Defendant*  )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
      *Plaintiff*  )
          v.  )     Case No. 24-4389
)
<u>Joy Rockwell Enterprises, Inc., et. al.</u>  )
      *Defendant*  )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
      *Plaintiff*  )
          v.  )     Case No. 24-4390
)
<u>Fortnoff Financial, LLC, et. al.</u>  )
      *Defendant*  )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
      *Plaintiff*  )
          v.  )     Case No. 24-4392
)
<u>MyHeritage, Ltd., et. al.</u>  )
      *Defendant*  )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| <u>E-merges.com, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| <u>Belles Camp Communications, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| <u>Property Radar Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-5656 | |
| ) | | |
| <u>The Alesco Group, L.L.C., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-5658 | |
| ) | | |
| <u>Searchbug, Inc., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-5775 | |
| ) | | |
| <u>Amerilist, Inc., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-7324 | |
| ) | | |
| <u>U.S. Data Corporation, et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-8075 | |
| ) | | |
| <u>Smarty, LLC, et. al.</u> ) | | |
| *Defendant* ) | | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-8451 |
| ) | |
| Compact Information Systems, LLC., et. al. ) | |
| *Defendant* ) | |
| | |
| Atlas Data Privacy Corporation, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-10600 |
| ) | |
| Darkowl, LLC, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date: 12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*