UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   April 2, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**            **DOCKET NO.:** 24-4160 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SCALABLE COMMERCE, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                                s/Lawrence Macstravic
                                                                Deputy Clerk

Time Commenced: 10:13a.m.    Time Adjourned: 10:14a.m.    Total Time in Court: 0:01