**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice* to be filed)
201 N. Franklin Street, 7th Floor
Tampa, FL 33622
Tel.: (813) 223-5505
jyanchunis@forthepeople.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC RICHARD ROES 1-10, fictitious names of unknown individuals, ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | **Civ. Action No.: 1:24-cv-04160-HB**<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is

hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as

assignee of individuals who are Covered Persons, Jane Doe-1 and Jane Doe-2, both law

enforcement officers,  Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan and

William Sullivan in the above-captioned action.

**PEM LAW LLP**
*Attorneys for Plaintiffs*


By: */s/ Jessica A. Merejo*
      JESSICA A. MEREJO

Dated: June 3, 2025