UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**  DATE OF PROCEEDING:   September 12, 2025

COURT REPORTER:  FRANCESCA DI BELLA

TITLE OF CASE:                    DOCKET NO.: 24-4160 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SCALABLE COMMERCE, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                                    s/Lawrence Macstravic
                                                                    Deputy Clerk

Time Commenced:   10:20a.m.      Time Adjourned: 10:22a.m.      Total Time in Court: 0:02